# United States Bankruptcy Court
### District of Nevada
Case No. 12–14449–led

In re: (Name of Debtor)
   SANTIAGO BAHENA                                         AMPARO BAHENA
   2309 N. MALLARD ST.                                    2309 N. MALLARD ST.
   LAS VEGAS, NV 89108                                 LAS VEGAS, NV 89108

Social Security No.:
   xxx–xx–2471                                                         xxx–xx–9046

## ORDER DISCHARGING CHAPTER 13 TRUSTEE

This case was converted to a Chapter 7 on 10/15/13.

IT IS ORDERED THAT Chapter 13 Trustee KATHLEEN A. LEAVITT is discharged as trustee of the estate of the above named debtor(s).

Dated: 12/11/13                                       BY THE COURT

                                                               Mary A. Schott
                                                                Clerk of the Bankruptcy Court